TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
CLAY A. PLUMMER
Nevada Bar No. 6778
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6418
clay.plummer@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KRISTOPHER LUNSFORD,<br><br>Defendant. | Case No. 2:26-mj-00729-BNW<br><br>**BOND MEMORANDUM** |

The U.S. Attorney's office for the District of Nevada has been in contact with the U.S. Attorney's office for the Middle District of Florida, Tampa Division. Attachement A is being filed at their request.

TODD BLANCHE
Attorney General

*/s/ Clay Plummer*
Clay Plummer
Assistant United States Attorney