# ATTACHMENT

# A

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 8:26-cr-310-MSS-CPT

KRISTOPHER LUNSFORD

# MEMORANDUM REGARDING BOND

On September 23, 2026, a federal grand jury in the Middle District of Florida charged the defendant, Kristopher Lunsford, by indictment with six counts of wire fraud, in violation of 18 U.S.C. § 1343, and two counts of illegal monetary transactions, in violation of 18 U.S.C. § 1957. *See* Case No. 8:26-cr-310-MSS-CPT. Lunsford was arrested the same day in the District of Nevada.

The United States does not seek pretrial detention and asks the Court to impose reasonable conditions of release under 18 U.S.C. § 3142(a)(2) and (c), to include home detention with a GPS monitor.

## I. BACKGROUND

As the Indictment reflects, Lunsford was a Georgia resident and the owner and operator of several businesses, to include AKL Transport LLC, AKL & Associates Inc., and Southern Truck Leasing LLC.

For at least a year-and-a-half, between December 2023 and May 2025, Lunsford operated a Ponzi scheme that affected over 500 victims across the nation.

The scheme worked like this. Lunsford and others told victims that they could invest in his business by purchasing a lease for a semi-truck, typically in an amount between $25,000 and $40,000 per truck. In exchange, the investors would receive a guaranteed weekly payout, usually between $1,000 and $1,250 per week, per truck. Lunsford told the investors that he would run all of the operations of the business. For example, he would purchase semi-trucks, hire drivers, and insure and employ the trucks for transportation jobs. Investors had to do nothing, except collect money from the profits of his business as passive income. Lunsford expanded his scheme by using brokers to recruit more investors. Many brokers themselves also invested in Lunsford's business.

The victims invested a combined total of approximately $105 million in the span of a year-and-a-half. Rather than paying investors with profits generated from the business, Lunsford used approximately $75 million of new investors' funds to pay earlier investors. The following chart represents the flow of most of the victims' funds:




As the Indictment and chart above reflect, Lunsford used over $25 million to fund an extravagant lifestyle. He bought multiple real estate properties, Lamborghinis, jewelry, brand name luxury items, and private charters that he used to fly to Las Vegas. Lunsford spent millions of investors' funds at resorts, casinos, and nightclubs. The photo below is one example of Lunsford spending investors' money at a club in Las Vegas. The bottle alone costs at least tens of thousands of dollars.[1]

[1] According to records provided by the nightclub, it appears that Lunsford purchased the bottle for $75,000 on October 12, 2024. The check total for that night was $377,089.24.



Lunsford used only approximately $2 million of investors' funds on business-related expenses. His scheme eventually unraveled when he couldn't keep up with payments to investors, and investors started to out him as a fraud.

## II. MEMORANDUM

Under 18 U.S.C. § 3142(a)(2), the Court may release Lunsford on a condition or combination of conditions under §3142(c).

Due to the serious nature of Lunsford's charges and potential penalties he faces, the United States requests the Court to impose home detention with a GPS monitor as a condition of release. Lunsford's scheme affected over 500 victims across the country, who invested more than $100 million. Lunsford faces up to 20 years in

prison on each wire fraud count and 10 years in prison for each money laundering count. Given the high loss amount under USSG §2B1.1(b), among other things, Lunsford faces a high guideline range of at least several years at the bottom of the guideline range, if convicted. Lunsford also faces a potential forfeiture of over $105 million, as alleged in the Indictment, and restitution of several more millions of dollars. Lunsford therefore poses a serious risk of flight, warranting home detention.

For those reasons, the United States asks the Court to order that the defendant, Kristopher Lunsford, be released and impose, among other conditions, home detention with a GPS monitor.

Respectfully Submitted,

GREGORY W. KEHOE
United States Attorney

By: */s/Ross Roberts*
Ross Roberts
Assistant United States Attorney
Florida Bar No. 126847
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
Email: Ross.Roberts@usdoj.gov